# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ROGER W. PECKENPAUGH**                                             **PLAINTIFF**

v.                  **CASE NO. 1:18-CV-00079 BSM**

**ANDREW SAUL,**
**Commissioner of Social Security**                                     **DEFENDANT**

## **ORDER**

After carefully reviewing the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 12] is adopted, the Commissioner's decision is affirmed, and this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of August 2019.

                                                                              _____
                                                                         UNITED STATES DISTRICT JUDGE